IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| UNITED STATES OF AMERICA | ) | |
| --- | --- | --- |
| | ) | |
| v. | ) | CASE NO. DNCW 3:03CR209-02 |
| | ) | (Financial Litigation Unit) |
| WENDY N. BROWN, | ) | |
| | ) | |
| and | ) | |
| | ) | |
| HEWITT ASSOCIATES, LLC, | ) | |
| | ) | |
| Garnishee. | ) | |

## ORDER OF GARNISHMENT

**THIS MATTER** is before the Court on the answer of Hewitt Associates, LLC, as the Garnishee. On August 24, 2004, the Honorable Judge Lacy H. Thornburg, sentenced the defendant to five months imprisonment for her conviction of conspiracy to commit Bank Fraud and Utter Counterfeit Securities in violation of 18 U.S.C. §371. Judgment in a Criminal Case, filed September 10, 2004. As part of that Judgment, the Defendant was ordered to pay an assessment of $100.00 and restitution of $113,577.81 to the victims of the crime. *Id.*

The Government now seeks to garnish the Defendant's earnings from the garnishee. The Answer of the Garnishee filed October 19, 2010, provides that Garnishee anticipates additional earnings in the form of new wages (gross pay minus total tax withholdings) in the amount of $1,025.54 bi-weekly. However, the Answer of the Garnishee also stated that Ms. Brown's wages are currently being garnished for a North Carolina tax levy in the percentage amount of 10% per pay period based on her bi-weekly earnings. As the North Carolina tax levy is 10% of Ms. Brown's gross earnings, the Government seeks to garnish 15% of her earnings based on her bi-weekly earnings.

**IT IS THEREFORE ORDERED** that an Order of Garnishment is hereby **ENTERED** in the amount of $106,822.81 computed through June 24, 2010, which attaches to any earnings of the Defendant and up to 15% shall be garnished in favor of the United States until the Defendant's restitution debt is paid in full.

Signed: April 6, 2012

David C. Keesler
United States Magistrate Judge