# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
### CASE NO. 3:03-CR-209-2-FDW-DCK

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| vs. | ) ORDER |
| WENDY N. BROWN, | ) |
| Defendant, | ) |
| and | ) |
| PRINCE PARKER & ASSOCIATES, INC., | ) |
| Garnishee. | ) |

**THIS MATTER IS BEFORE THE COURT** on the Government's "Motion For Dismissal Of Order Of Continuing Garnishment" (Document No. 275) filed September 1, 2022. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion and the record, the undersigned will grant the motion.

The Government reports that Defendant Brown is no longer employed by the Garnishee. (Document No. 275).

**IT IS, THEREFORE, ORDERED** that the Government's "Motion For Dismissal Of Order Of Continuing Garnishment" (Document No. 275) is **GRANTED**. The "Order Of Continuing Garnishment" (Document No. 273) filed in this case against Defendant Wendy N. Brown is **DISMISSED**.

**SO ORDERED**.

Signed: September 1, 2022

_David C. Keesler_
David C. Keesler
United States Magistrate Judge